# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133363

DAVID KAMMERAAD and BELINDA
KAMMERAAD,
          Plaintiffs-Appellees,

v

AUTO SPORTS UNLIMITED, INC., d/b/a
AUTO SPORTS OF HOLLAND,
          Defendant-Appellant.

SC: 133363
COA: 262166
Ottawa CC: 04-048564-CP

_____/

      On order of the Court, the application for leave to appeal the January 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

s0618

_____
Clerk